SCANNED
DATE: 1-20-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~Cr.~~ No. 04 M 0444 RBC |
| v. | |
| EDDY LOPEZ<br>A/K/A "SWIFT" | FILED UNDER SEAL |

### GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the complaint and complaint affidavit, and all other filings in the above captioned matter. As grounds for this motion, the government states that the above case was sealed on January 19, 2004, so that no public disclosure of the filing of the complaint would impede attempts to arrest the defendants. The defendant was arrested on January 20, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ PETER K. LEVITT
PETER K. LEVITT
JOHN A. WORTMANN, JR.
Assistant U.S. Attorneys

January 20, 2004

*Allowed by the Court. By Dino P. Affsa, Deputy Clerk to the Honorable Robert B. Collings, USMJ*
*1-20-04*