AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

EDDY LOPEZ

**EXHIBIT AND WITNESS LIST**

Case Number:  04mj0444 RBC

| PRESIDING JUDGE<br>Collings, USMJ | PLAINTIFF'S ATTORNEY<br>Peter Levitt, AUSA | DEFENDANT'S ATTORNEY<br>Gillespie |
|---|---|---|
| TRIAL DATE (S)<br>2/2/04 Detention Hearing & Prelim. Exam | COURT REPORTER<br>CD | COURTROOM DEPUTY<br>Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 2/2/04 | | | FrancesHughes, Massachusetts State Police Officer - Gang Investigations |
| 1 | | 2/2/04 | yes | no | Criminal Complaint & Affidavit |
| 2 | | 2/2/04 | yes | no | List of controlled drug purchases |
| 3 | | 2/2/04 | yes | yes | Video tape |
| 4 | | 2/4/04 | yes | yes | Audio cd recording |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages