UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 CR 10033 PBS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| EDDY LOPEZ, | ) | 21 U.S.C. § 846 |
| AKA "SWIFT" | ) | Conspiracy to Distribute |
| | ) | Heroin and Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Felon in Possession |
| | ) | of a Firearm |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of Heroin |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent |
| | ) | to Distribute Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 922(c) |
| | ) | Possession of a Firearm |
| | ) | in Furtherance of a Drug |
| | ) | Trafficking Offense |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846--Conspiracy to Distribute Heroin and Cocaine)

The Grand Jury charges that:

   From a time unknown to the Grand Jury, but at least by in or about December 2003 and continuing thereafter until in or about January 2004, at Lawrence and elsewhere in the District of

Massachusetts,

**EDDY LOPEZ, AKA "SWIFT",**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**:       (**18 U.S.C. § 922(g)(1)--Felon in Possession of a Firearm**)

The Grand Jury further charges that:

On or about December 15, 2003, at Lawrence, in the District of Massachusetts,

**EDDY LOPEZ, AKA "SWIFT"**,

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model 39-2, 9 millimeter caliber semi automatic pistol, bearing serial number A412638.

All in violation of Title 18, United States Code, Section 922(g)(1).

3

**COUNT THREE**:   (21 U.S.C. § 841(a)(1)--Distribution of Heroin)

The Grand Jury further charges that:

On or about December 15, 2003, at Lawrence, in the District of Massachusetts,

**EDDY LOPEZ, AKA "SWIFT"**,

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**     **(21 U.S.C. § 841(a)(1)--Distribution of Cocaine)**

The Grand Jury further charges that:

On or about December 17, 2003, at Lawrence, in the District of Massachusetts,

**EDDY LOPEZ, AKA "SWIFT",**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

5

**COUNT FIVE**:     (21 U.S.C. § 841(a)(1)--Possession With Intent to Distribute Cocaine)

The Grand Jury further charges that:

On or about January 20, 2004, at Lawrence, in the District of Massachusetts,

**EDDY LOPEZ, AKA "SWIFT"**,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II, controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**    (18 U.S.C. § 924(c)(1)--Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about January 20, 2004, at Lawrence in the District of Massachusetts,

**EDDY LOPEZ, AKA "SWIFT"**,

defendant herein, knowingly and intentionally possessed a firearm, to wit:  a Heckler Koch USP compact .45 caliber automatic pistol, bearing serial #29-013016, in furtherance of a drug trafficking crime, to wit:  knowingly and intentionally possessing with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts 1, 3, 4, and 5 of this Indictment,

**EDDY LOPEZ, AKA "SWIFT",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

8

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY


_____
PETER K. LEVITT
JOHN A. WORTMANN, JR.
Assistant U.S. Attorneys



DISTRICT OF MASSACHUSETTS                    February 5, 2004

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

3:09 P