# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                            CRIMINAL NO. 2004-10033-PBS

EDDY LOPEZ,
     Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

     The above-listed defendant was arraigned before me on February 10, 2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on February 10, 2004.

Counsel are ORDERED to appear for an Initial Status Conference on *MONDAY, MARCH 15, 2004 AT 4:15 P.M.* at Courtroom #14 (5th floor), United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 10, 2004.

Case 1:04-cr-10033-PBS    Document 10    Filed 02/10/2004    Page 3 of 3