# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2004-10033-PBS

EDDY LOPEZ,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/5/2004 - Indictment returned.

2/10/2004 - Arraignment

2/11/2003 - 3/9/2004 - Excluded as per L.R. 112.2(A)(2)

3/15/2004 - Conference held.

3/16 - 4/23/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of April 23, 2004, NINE (9) non-excludable days will have occurred leaving SIXTY-ONE (61) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 15, 2004.