# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                               CRIMINAL NO. 2004-10033-PBS

EDDY LOPEZ,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on March 15, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)   No.

(2)   The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

    discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)     The Government will be turning over audio and visual recordings.

(4)     Any non-discovery type motions shall be filed *on or before the close of business on Friday, April 23, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)     *See* Order of Excludable Delay entered this date.

(6)     It is unknown whether a trial will be necessary; a trial would take five days.

(7)     The Final Status Conference is set for *Thursday, April 29, 2004 at 10:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)     *See* ¶¶ (1)-(4), *supra*.

(2)     It does not.

(3)     None.

(4)     *See* Order of Excludable Delay entered this date.

(5)     Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 15, 2004.