UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )     Cr. No. 04-10033 PBS |
| v. | ) |
| | ) |
| EDDY LOPEZ, | ) |
|    A/K/A "SWIFT" | ) |

## JOINT INITIAL STATUS REPORT

The United States of America and the defendant, Eddy Lopez, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

### 1.   Local Rule 116.3 Timing Requirements

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

### 2.   Expert Discovery

The government anticipates that, unless there is a stipulation regarding the controlled substances and firearms involved in this case, it will offer expert testimony regarding the narcotics and firearms seized in this case.  The defendant does not presently request expert discovery, but reserves its right to seek such discovery pending disclosure of trial witnesses by the government.

### 3.   Additional Discovery

With the exception of audio and video recordings (which, although available to defense counsel, have not yet been provided), all Rule 16 and automatic discovery materials, have been provided or made available to defendants' counsel.  All

audio and video recordings will be provided or made available to defendants' counsel this week.

### 4. Motion Date

The government requests that all motions be filed on or before April 23, 2004, and any responses be served by May 7, 2004.

### 5. Speedy Trial Act

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 2/10/04-2/10/04 | Arraignment |
| 2/10/04-3/09/04 | Excludable delay pursuant to Local Rule 112.2(A)(2) & 18 U.S.C. § 3161(h)(8)(A) |
| 3/12/04-date of final status | Excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 8(b), and Local Rule 112.2(A)(2) |

As of the Final Status Conference, 2 days will have been counted and 68 days will remain under the Speedy Trial Act.

### 6. Anticipated Trial

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately 5 days.

7.   **Final Status Conference**

The government requests that a Final Status Conference be scheduled for on or about April 23, 2004, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

COUNSEL FOR EDDY LOPEZ

Raymond E. Gillespie
Raymond E. Gillespie, Esq.
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139
617-661-3222

March 15, 2004

3