UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL No. 04-10033-PBS |
| EDDY LOPEZ, ) | |
| ) | |
| Defendant ) | |

### DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE INITIAL MOTIONS

Now comes the defendant, Eddy Lopez, in the above-entitled action and hereby moves this Honorable Court to extend the time within which he is to file initial motions herein from April 23 to and including May 7.

As reason therefore, defendant states that there have been approximately 15 hours of recorded and/or video-taped conversations or meetings produced as discovery to the present date, many of which are very difficult to understand and thus must be listened to two or even three times in order to evaluate such evidence and formulate any possible defenses. In addition, the government will shortly produce approximately four more recordings and video tapes in this matter. Based on the foregoing, undersigned counsel states that it is not realistically possible to file initial motions by the current due date of April 23.

Defendant further states that his counsel will be out of state during the school vacation week of April 19 - 23, that it is in the interests of justice that this motion be allowed and that the government assents thereto.

Assented to:

Peter K. Levitt, Esquire
Assistant U.S. Attorney

By his Attorney

Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave    Suite 32
Cambridge MA  02139
(617)661-3222

mtnexten

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 4/16/04

# RAYMOND E. GILLESPIE
ATTORNEY AND COUNSELLOR AT LAW

875 MASSACHUSETTS AVENUE
SUITE 32
CAMBRIDGE, MASSACHUSETTS 02139-3067
TEL: 617-661-3222
FAX: 617-441-9088

SE HABLA ESPAÑOL

April 16, 2004

Clerk's Office
United States District Court
One Courthouse Way
Boston MA  02210

Re:   United States v. Eddy Lopez
      Crim. No. 04-10033-PBS

Dear Sir/Madam:

Enclosed for filing in the referenced matter, please find Defendant's Assented-to Motion for Extension of Time Within Which to File Initial Motions and certificate of service.

Thank you for your kind assistance. Please advise.

Very truly yours,

Raymond E. Gillespie

REG/lpr
encl
cc: Peter K. Levitt, Esq., AUSA
    Eddy Lopez

4-16ct.cov