# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                CRIMINAL NO. 2004-10033-PBS

EDDY LOPEZ,
          Defendant.

# *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/30/2004 - Conference held.

4/23 - 5/14/2004 -     Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 14, 2004, NINE (9) non-excludable days have occurred leaving SIXTY-ONE (61) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

April 30, 2004.