# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                CRIMINAL NO. 2004-10033-PBS

EDDY LOPEZ,
    Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on April 30, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    None.

    (2)    No.

    (3)    No.

    (4)    The defendant has not responded to the United States' notice of alibi.

    (5)    The defendant has until the close of business on *MONDAY, MAY 14, 2004* to file any non-discovery type motions; *NO FURTHER ENLARGEMENTS SHALL BE GRANTED;* the Government shall respond to any motions within the time period specified in the Local Rules.

    (6)    An Initial Pretrial Conference should be set as soon as possible on or after June 1, 2004 to hear any non-discovery type motions and to set a firm trial date.

    (7)    Whether the defendant will plead is unknown.

    (8)    *See* Further Order of Excludable Delay entered this date.

    (9)    Five trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

    (1)    Yes.

    (2)    Yes; no reason for the case to remain with the magistrate judge.

    (3)    *See* ¶ (5), *supra.*

    (4)    *See* ¶ (8), *supra.*

    (5)    Five trial days.

    (6)    None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 (at which any non-discovery type motions might be heard) on or after June 1, 2004 to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH

INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE SARIS' SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 30, 2004.