4-30-04
*YPA*
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )  Cr. No. 04-10033 PBS |
| v. | ) |
| | ) |
| EDDY LOPEZ, | ) |
|   A/K/A "SWIFT" | ) |

### FINAL STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Final Status Conference scheduled for April 30, 2004.

1. <u>Outstanding Discovery Issues</u>

There are no outstanding discovery motions or issues.

2. <u>Additional Discovery</u>

No party anticipates producing any additional discovery, other than that required by the rules 21 days before trial.

3. <u>Insanity/ Public Authority Defenses</u>

The defendant does not intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter. No response has been received to that request.

5. <u>Motions</u>

The defendant does not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but is reserving his right to file other pretrial motions that could require a ruling by the District Court.

6. Scheduling

The defendant filed a motion requesting an extension of time until May 7, 2004, to file all motions, which motion was allowed. The parties therefore request an additional thirty days before the case is reported to the District Court. Both parties agree that this time is excludable from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8) and will provide a proposed order to the Court.

7. Early Case Resolution

It is too early to tell whether this case can be resolved short of trial.

8. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| Date | Description |
|---|---|
| 2/10/04-2/10/04 | Arraignment |
| 2/11/004-3/9/04 | Excluded per Court Order dated 3/15/04 |
| 3/15/04 | Excluded per Court Order dated 3/15/04 |
| 3/16/04-4/23/04 | Excluded per Court Order dated 3/15/04 |
| 4/19/04-4/27/04 | Excludable delay per 18 U.S.C. § 3161(h)(1)(F) (defendant's motion for extension of time to file initial motions pending) |
| 4/29/04 | Date of originally scheduled final status conference |
| 4/30/04 | Date of re-scheduled final status conference |

2

Thus, as of April 30, 2004, 10 days will have been counted and 60 days will remain under the Speedy Trial Act. As set forth above, the parties have also agreed that an additional 30 days (through May 30, 2004) should be excluded in the interest of justice. Accordingly, as of May 30, 2004, 10 days will have been counted and 60 days will remain under the Speedy Trial Act.

9. Length of Trial

In the event that a trial is required, the parties estimate that it will last 5 days.

>     Respectfully submitted,
>     MICHAEL J. SULLIVAN
>     United States Attorney
>
> By: _____
>     PETER K. LEVITT
>     Assistant U.S. Attorney
>     One Courthouse Way
>     Boston, MA
>     (617) 748-3355
>
>     COUNSEL FOR EDDY LOPEZ
>     _____
>     Raymond E. Gillespie
>     Raymond E. Gillespie, Esq.
>     875 Massachusetts Avenue
>     Suite 32
>     Cambridge, MA 02139
>     617-661-3222

April 30, 2004