UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10033-PBS

v.

EDDY LOPEZ

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.            May 5, 2004

       TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **June 1, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                           By the Court,

                                           /s/ Robert C. Alba
                                           Deputy Clerk

Copies to: All Counsel