```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

FILED IN CLERK'S OFFICE

2004 JUN 24 A 10: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 04-10033-PBS |
| v. | ) |
| | ) |
| EDDY LOPEZ, | ) |
|   A/K/A "SWIFT" | ) |

### WITNESS LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby intends to call the following witnesses at trial. The government reserves its right to supplement or modify the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

1. Jeffrey Wood, Special Agent, Federal Bureau of Investigation, Boston, Massachusetts

2. Special Agent Mark Karangekis, Federal Bureau of Investigation, Boston, Massachusetts

3. Detective Richard Brooks, Lawrence Police Department, Lawrence, MA

4. Special Agent Justin M. Bowers, Federal Bureau of Investigation, Boston, Massachusetts

5. Special Agent Mark W. Alford, Federal Bureau of Investigation, Boston, Massachusetts

6. Special Agent Douglas J. Domin, Jr., Federal Bureau of Investigation, Boston, Massachusetts

7. Kenneth J. Casper, Federal Bureau of Investigations, Boston, Massachusetts

8. Sergeant Frank Hughes, Massachusetts State Police

9. Sergeant Robert Irwin, Massachusetts State Police

10. Officer Michael S. Fiore, Massachusetts State Police

11. Officer Paul Hartford, Massachusetts Parole Board

12. Detective Jeffrey R. Hart, Lawrence Police Department, Lawrence, MA

13. Deputy Sheriff Anthony Turco, Jr., Essex County Sheriff's Department

14. George Diaz

15. Trooper Frank Montanez, Massachusetts State Police

16. Lieutenant Donald Kennefick, Massachusetts State Police

17. Trooper Timothy Leeman, Massachusetts State Police

18. Sergeant Gene Hatem, Lawrence Police Department

19. Sergeant Jack Lannon, Massachusetts State Police

20. Detective Gus Flanigan, Methuen Police Department

21. Special Agent Sharon Huber, Federal Bureau of Investigation, Boston, Massachusetts

22. Special Agent Anthony Thurman, Bureau of Alcohol, Tobacco, and Firearms, Boston, MA

23. Maureen M. Craig, Senior Forensic Chemist, Department of Justice, Drug Enforcement Administration

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney,

By: /s/ Peter K. Levitt
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA 02210
     (617)748-3355

Dated: June 24, 2004

**CERTIFICATE OF SERVICE**

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on Raymond Gillespie, counsel for Eddy Lopez, by facsimile on June 24, 2004.

_____
Peter K. Levitt