UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10033-PBS |
| v. ) | |
| ) | |
| EDDY LOPEZ, ) | |
| A/K/A "SWIFT" ) | |

EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| 1 | Stipulation regarding Drug Exhibits |
| 2 | HK USP Compact 45 Auto Pistol, 013016, seized on January 20, 2004 |
| 3 | Magazine with 8 bullets seized on January 20, 2004 |
| 4 | Certified copy of Massachusetts Registry of Motor Vehicles record for Eddy Lopez |
| 5 | Radio Shack Pro-79 Scanner seized on January 20, 2004 |
| 6 | White powder substance seized on January 20, 2004 |
| 7 | Samsung Cell Phone T-Mobile seized on January 20, 2004 |
| 8 | Ziplock bag with white powder seized on January 20, 2004 |
| 9 | Plastic bottle (Inositol) seized on January 20, 2004 |

| | |
|---|---|
| 10 | Pager and paper documents seized on January 20, 2004 |
| 11 | Packaging material seized on January 20, 2004 |
| 12 | North Face Black/Grey Jacket, seized on January 20, 2004 |
| 13 | Tanish white powder in zip lock bag seized on January 20, 2004 |
| 14 | Apple packaging material seized on January 20, 2004 |
| 15 | Plastic bag with white powder seized on January 20, 2004 |
| 16 | Narcotics packaging material seized on January 20, 2004 |
| 17 | One live round SW 40 P.M.C. seized on January 20, 2004 |
| 18 | Electronic scale seized on January 20, 2004 |
| 19 | Wooden press seized on January 20, 2004 |
| 20 | Motorola Metrocall pager seized on January 20, 2004 |
| 21 | Metal press seized on January 20, 2004 |
| 22 | Heroin purchased on December 15, 2003 |
| 23 | Cocaine purchased on December 18, 2003 |
| 24 | Firearm purchased on December 15, 2003 |
| 25 | Photograph of 594 Haverhill Street, Lawrence, MA |
| 26 | Photograph of 30 May Street, Lawrence, MA |
| 26 | Photograph of firearm seized on January 20, 2004 |

| | |
|---|---|
| 27 | Original FBI Exhibit ID78--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 28 | FBI Exhibit ID78--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 29 | Transcript of FBI Exhibit ID78 |
| 30 | Original FBI Exhibit ID79--videotape of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 31 | Transcript of FBI Exhibit ID79 |
| 32 | Original FBI Exhibit ID81--compact disc of recorded telephone conversations between Eddy Lopez and George Diaz on 12/15/03 |
| 33 | FBI Exhibit ID81 (Call 15)--cassette tape of excerpted telephone conversation between Eddy Lopez and George Diaz on 12/15/03 |
| 34 | Original FBI Exhibit ID83--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 35 | FBI Exhibit ID83--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 36 | Transcript of FBI Exhibit ID83 |
| 37 | Original FBI Exhibit ID85-compact disc of recorded telephone conversation between Eddy Lopez and George Diaz on 12/17/03 |
| 38 | FBI Exhibit ID85--cassette tape of excerpted recorded telephone conversation between Eddy Lopez and George Diaz on 12/17/03 |
| 39 | Transcript of FBI Exhibit ID85 |

| | |
|---|---|
| 40 | FBI Exhibit ID88--videotape of recorded meeting between Eddy Lopez and George Diaz on 12/17/03 |
| 41 | Transcript of FBI Exhibit ID88 |

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: /s/ Peter K. Levitt
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      (617)748-3355

Date: June 24, 2004

**CERTIFICATE OF SERVICE**

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on Ray Gillespie, counsel for Eddy Lopez, by facsimile on June 24, 2004.

_____
Peter K. Levitt