UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10033 PBS |
| v. ) | |
| ) | |
| EDDY LOPEZ, A/K/A "SWIFT" ) | |
| Defendant. ) | |

FILED
IN CLERKS OFFICE

2004 JUN 25 P 4:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

### GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Peter K. Levitt, hereby request that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

   (d) ever had any involvement, of any sort, with the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, and Firearms, the Massachusetts State Police, or the Lawrence

Police Department?

2. Aside from these particular circumstances, are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3. Some of the witnesses expected to be called by the United States at trial are special agents with the Federal Bureau of Investigation or the Bureau of Alcohol, Tobacco, and Firearms, or officers with the Massachusetts State Police or the Lawrence Police Department. Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer working for the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, and Firearms, the Massachusetts State Police or the Lawrence Police Department?

4. Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them? Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

5. Do you have any strong feelings regarding the federal drug trafficking laws that would effect your ability to sit as a fair and impartial juror in this case? Are you or any member of your family a member of an organization that advocates the legalization of controlled substances?

6. Do you have any strong feelings regarding the federal gun laws that would effect your ability to sit as a fair and impartial juror in this case? Are you or any member of your family a member of an organization that advocates the de-regulation of guns or advocates against the gun laws generally?

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,

                              United States Attorney,

By: _____
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA
     617-748-3355

DATED: June 25, 2004

CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify [e-mail] that a copy of the foregoing was served by facsimile on Ray Gillespie, counsel for the defendant, on June 25, 2004.

*[signature]*

PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY