```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )  Cr. No. 04-10033 PBS
                            )
EDDY LOPEZ                  )
   Defendant.               )
```

**INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                 Notice of Prior Conviction)

The United States Attorney Charges that:

  1. On or about September 10, 1996, EDDY LOPEZ, a/k/a EDDY TORRES, was convicted in the Hillsborough Superior Court, in New Hampshire, Dkt. #95-1197, of possession with intent to distribute a controlled drug, in violation of violation of N.H. RSA 318-B:2.

  2. EDDY LOPEZ, has been named as a defendant in a Superseding Indictment numbered 04-10033 PBS, charging him with conspiracy to distribute heroin and cocaine, being a felon in possession of a firearm, distribution of heroin, distribution of cocaine, and possession of a firearm in furtherance of a drug trafficking offense.

  3. By way of this information, the government notifies EDDY LOPEZ, that he is charged with committing the crimes alleged in said Superseding Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,

                              United States Attorney

                    By:  <u>S/ PETER K. LEVITT</u>
                          PETER K. LEVITT
                          Assistant U.S. Attorney

Dated: July 28, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on Ray Gillespie Esq., counsel for EDDY LOPEZ.

                                        S/ PETER K. LEVITT
                                        PETER K. LEVITT
                                        Assistant U.S. Attorney

July 28, 2004