UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL No. 04-10033-PBS |
| EDDY LOPEZ, ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S MOTION IN LIMINE

The defendant, Eddy Lopez, hereby moves this Honorable Court, *in limine,* to forbid the introduction into evidence by the Government of the following matters:

1. Street Gang References

Any and all references, other than the defendant's own admissions, as to his alleged membership in, or leadership of, any street gang including, but not limited to, the Dome Dwellers in Lawrence, Massachusetts.

2. "Home Invasion" Statement

Defendant's alleged statement on or about December 17, 2003 to the cooperating witness that he and some other individuals had done a home invasion and obtained 240 grams of heroin.

As reason therefore, the defendant states that any gang references serve no valid purpose in the Government's presentation of its case but would only unfairly prejudice the defendant and likely inflame the jury's emotions against him. Fed. R. Civ. P. 403. The alleged statement regarding the home invasion, although perhaps tenuously related to the drug conspiracy charge, is actually unnecessarily and unfairly prejudicial against the defendant. It introduces the specter of a frightening and unrelated crime into this case on nothing more than the self-aggrandizing

statement of the defendant. Its prejudicial effect far outweighs any probative value. Id.

Respectfully submitted,
EDDY LOPEZ,
By his attorney,

_____
Raymond E. Gillespie BBO# 192300
875 Massachusetts Avenue, Suite 32
Cambridge MA  02139
(617) 661-3222

Dated: July 30, 2004
motlim

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 7/30/04