UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>) CRIMINAL No. 04-10033-PBS<br>EDDY LOPEZ, )<br>)<br>)<br>Defendant ) | |

## DEFENDANT'S REQUEST FOR VOIR DIRE

The defendant, Eddy Lopez, requests the Court put the following questions to prospective jurors on voir dire:

1. Do you have any feelings, beliefs, or philosophy about firearms or gun control laws which would make it difficult for you to render a verdict in this case based only on the evidence presented to you in this courtroom and not on any emotion, bias or personal philosophy?

2. Do you have any feelings, beliefs, or philosophy about illegal narcotic drugs which would make it difficult for you to render a verdict in this case based only on the evidence presented to you in this courtroom and not on any emotion, bias or personal philosophy?

3. Have you, or any member of your family or a close friend, ever been a victim of a crime in which a firearm was used?

4. Have you, any member of your family, or a close friend ever been seriously affected by the use of illegal narcotic drugs?

Respectfully submitted,
EDDY LOPEZ,
By his attorney,

Raymond E. Gillespie BBO# 192300
875 Massachusetts Avenue, Suite 32
Cambridge MA  02139
(617) 661-3222

Dated: July 30, 2004

voir.dir

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 7/30/04