UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>EDDY LOPEZ, )<br>)<br>Defendant ) | CRIMINAL No. 04-10033-PBS |

## DEFENDANT'S TRIAL BRIEF

The defendant, Eddy Lopez, by his undersigned attorney, respectfully submits this Trial Brief to identify relevant issues in accordance with the Court's Pre-Trial Order. The trial of this matter is scheduled to begin on September 7, 2004.

### I. SUMMARY OF THE DEFENDANT'S CASE

#### A. The Drug Counts

The defendant is willing to enter a plea of guilty to the various drug counts in the superseding indictment, i.e., the conspiracy charged in Count One and the sales charged in Counts Three and Four. He would, however, only admit to the weights as indicated by the Government's drug lab analyses. Those weights are 19.6 grams of heroin on December 15, 2003 and 13.3 grams of cocaine on December 17, 2003.

#### B. Felon In Possession

The defendant is willing to enter a plea of guilty to Count Two which charges him with being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1).

#### C. 924(c)(1)

The defendant maintains that he is not guilty of possessing a firearm on January 20, 2004

in furtherance of a drug trafficking crime as charged in Count Five. Defendant will go to trial on that charge.

## II. STIPULATIONS OF FACT

As to Count Five, the defendant, as of the date hereof, has not been able to reach any agreement with the Government as to Stipulations of Fact.

## III. EXPERT DISCLOSURES

The defendant at this time does not intend to call any expert witnesses.

## IV. ANTICIPATED EVIDENTIARY ISSUES

The defendant objects to the Government's intention to offer into evidence defendant's alleged statement to the cooperating witness on or about December 17, 2003 that, "they had done a home invasion and had gotten 240 grams of heroin." As reason therefore, defendant states that the statement is primarily evidence of another crime or wrong. It is inflammatory, and the likely and unfair prejudice which will result greatly outweighs its probative value. Fed. R. Evid 403. It also does not fit any of the criteria contained in Rule 404(b) of the Federal Rules of Evidence.

Respectfully submitted,
EDDY LOPEZ,
By his attorney

Raymond E. Gillespie BBO# 192300
875 Massachusetts Avenue, Suite 32
Cambridge MA 02139
(617) 661-3222

Dated: July 30, 2004
trialbri

I certify that I served this document by mailing/ hand delivery of a copy of same to all counsel of record (or pro se parties) on 7/30/04