UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr. No. 04-10033 PBS |
| v. | ) | |
| | ) | |
| EDDY LOPEZ, | ) | |
| A/K/A "SWIFT" | ) | |
| Defendant. | ) | |

THIRD AMENDED WITNESS LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby intends to call the following witnesses at trial.  The government reserves its right to supplement or modify the list in light of the evidence admitted at trial and with reasonable notice to the defendant.

1.   Jeffrey Wood, Special Agent, Federal Bureau of Investigation, Boston, Massachusetts

2.   Special Agent Mark Karangekis, Federal Bureau of Investigation, Boston, Massachusetts

3.   Detective Richard Brooks, Lawrence Police Department, Lawrence, MA

4.   Special Agent Justin M. Bowers, Federal Bureau of Investigation, Boston, Massachusetts

5.   Special Agent Mark W. Alford, Federal Bureau of Investigation, Boston, Massachusetts

6.   Special Agent Douglas J. Domin, Jr., Federal Bureau of Investigation, Boston, Massachusetts

7.   Kenneth J. Casper, Federal Bureau of Investigations, Boston, Massachusetts

8.   Sergeant Frank Hughes, Massachusetts State Police

9.   Sergeant Robert Irwin, Massachusetts State Police

10.  Officer Michael S. Fiore, Massachusetts State Police

11.  Officer Paul Hartford, Massachusetts Parole Board

12.  Detective Jeffrey R. Hart, Lawrence Police Department, Lawrence, MA

13.  Deputy Sheriff Anthony Turco, Jr., Essex County Sheriff's Department

14.  George Diaz

15.  Trooper Frank Montanez, Massachusetts State Police

16.  Lieutenant Donald Kennefick, Massachusetts State Police

17.  Trooper Timothy Leeman, Massachusetts State Police

18.  Sergeant Gene Hatem, Lawrence Police Department

19.  Sergeant Jack Lannon, Massachusetts State Police

20.  Detective Gus Flanigan, Methuen Police Department

21.  Special Agent Sharon Huber, Federal Bureau of Investigation, Boston, Massachusetts

22.  Special Agent Anthony Thurman, Bureau of Alcohol, Tobacco, and Firearms, Boston, MA

23.  Maureen M. Craig, Senior Forensic Chemist, Department of Justice, Drug Enforcement Administration

24.  Gregory Brown, Detective, Boston Police Department

25.  Michael Razza, Salem, New Hampshire

26.  Elizabeth Cloutier, Probation Officer, New Hampshire Department of Probation

27.  Keeper of the Records, Lawrence, MA, Police Department

28.  Keeper of the Records, Manchester, NH, Police
     Department

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney,


                         By:  S/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA 02210
                              (617)748-3355

Dated: September 16, 2004

3

## **CERTIFICATE OF SERVICE**

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on Raymond Gillespie, counsel for Eddy Lopez, by facsimile on September 16, 2004.


                           S/ PETER K. LEVITT
                           Peter K. Levitt