UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10033-PBS

v.

EDDY LOPEZ

**NOTICE OF RESCHEDULED JURY TRIAL**

SARIS, U.S.D.J.                                                                                     September 10, 2004

      The Jury Trial previously scheduled for September 20, 2004, has been **rescheduled** to **September 27, 2004, at 9:00 a.m.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

resched.ntc