UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )   CRIMINAL No. 04-10033-PBS<br>)<br>EDDY LOPEZ, )<br>)<br>Defendant ) | |

## DEFENDANT'S MOTION TO STRIKE SURPLUSAGE IN SECOND SUPERCEDING INDICTMENT

The defendant, Eddy Lopez, by his undersigned attorney, hereby moves this Honorable Court pursuant to Fed. R. Crim. P. 7(d), to strike Paragraph No. 4 in the "Additional Factors" section of the Second Superceding Indictment returned herein in August, 2004.

As reason therefore, the defendant states that Paragraph No. 4 alleges that he is a Career Offender under the United States Sentencing Guidelines by reason of prior felony convictions for crimes of violence or drug offenses, that the same is a pure sentencing factor which has no statutory basis and that the allegations are not elements of any crime. Compare, United States v. Acosta Martinez, 265 F. Supp. 2d 181, 185 (D.P.R. 2003) (motion to strike denied because aggravating factors listed in Federal Death Penalty Act are "functional equivalents of elements of the offense" charged). In addition, Paragraph No. 4 is unfairly prejudicial as it notifies the jury of a prior criminal record not related in any way to any of the offenses charge in the remainder of the indictment. See, United States v. Billy Roy, 114 F.Supp. 2d 1 (D. Maine, 2000) (reference to prior conviction for child pornography stricken under Rule 7 (d) as not within definition of relevant prior offense constituting aggravating factor as listed in statute).

WHEREFORE, defendant requests this motion be allowed.

Respectfully submitted,<br>
EDDY LOPEZ,<br>
By his attorney,<br>
<br>
Raymond E. Gillespie BBO# 192300<br>
875 Massachusetts Avenue, Suite 32<br>
Cambridge MA  02139<br>
(617) 661-3222

mtn-strike

I certify that I served this document by mailing/ hand delivery of a copy of same to all counsel of record (or pro se parties) on: 9/16/04