```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )     Cr. No. 04-10033 PBS
        v.                    )
                              )
EDDY LOPEZ,                   )
   Defendant                  )
```

### GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF TAPE-RECORDED SPANISH CONVERSATIONS

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and moves for leave to introduce into evidence at trial: (1) copies of original tape recordings made during the investigation of this case, which recordings are partially in Spanish;[1] and (2) transcripts which contain the Spanish portions of those conversations (as well as the balance of the conversation in English) and English translations of those portions of the conversations. The government further requests leave to read into evidence all or part of the English translations.

As grounds for the within motion, the government states as follows:

During the investigation that led to this case, the government made tape recordings of conversations which were consensually-recorded. Several of the recorded conversations

---

[1] Certain of the recordings in this case are wholly in English. This motion does not pertain to them.

were partially in Spanish. Some of the Spanish portion of these tapes include drug-related conversations. The government has prepared transcriptions which include both the Spanish portions of the conversations and translations of those portions into English. The government has provided drafts of all transcripts prepared to date to the defense. The government expects to provide its final version of all transcripts and translations to defense counsel prior to the beginning of trial. The government will offer testimony at trial that the Spanish portions of the transcripts and the English translations of those portions are true and accurate.

The government moves for leave to introduce into evidence at trial copies of the original tape recordings which include all portions of the underlying conversations that took place at least in part in Spanish, transcriptions which include the portions of the conversations that took place in Spanish and English, translations of those portions of the conversations, and further requests leave to read into evidence all or part of the English translations. See United States v. Rengifo, 789 F.2d 975, 983 (1st Cir. 1986) (finding that English-language translations of tape-recorded conversations that originally took place in Spanish are admissible as substantive evidence; that such transcripts may go to the jury room; and that the government may use readers to read the English translations as an alternative to playing the

tape recording).

    Based on the foregoing, the government's motion for leave to introduce into evidence at trial copies of the original tape recordings and the English translations of those portions of the conversations, and to read into evidence all or part of the English translations, should be allowed.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN,
                                      United States Attorney,

                                      /S/ PETER K. LEVITT
                    By:    PETER K. LEVITT
                          Assistant U.S. Attorney

DATED: September 21, 2004

CERTIFICATE OF SERVICE

I, PETER K. LEVITT, Assistant U.S. Attorney, do hereby certify that on 9/21/04, I caused this motion to be served by facsimile on defense counsel.

/S/ PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney