UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )        Cr. No. 04-10033 PBS
            v.                   )
                                 )
EDDY LOPEZ,                      )
    Defendant.                   )


SECOND AMENDED EXHIBIT LIST OF THE UNITED STATES OF AMERICA

     The United States of America hereby files the following list

of Proposed Exhibits for the trial in the above-captioned matter.

The government reserves its right to supplement, modify and

number the list in light of the evidence that is admitted at

trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
| --- | --- |
| 1 | Stipulation regarding Drug Exhibits |
| 2 | HK USP Compact 45 caliber automatic pistol, #013016, seized on January 20, 2004 |
| 3 | Magazine with 8 bullets taken from Exhibit 2 on January 20, 2004 |
| 4 | Certified copy of Massachusetts Registry of Motor Vehicles record for Eddy Lopez |
| 5 | Radio Shack Pro-79 Scanner seized on January 20, 2004 |
| 6 | Boric Acid seized on January 20, 2004 |
| 7 | Grinder seized on January 20, 2004 |
| 8 | Benzocaine seized on January 20, 2004 |
| 9 | Inositol seized on January 20, 2004 |
| 10 | Letter to Eddie Lopez seized on January 20, 2004 |

| 11 | Packaging material seized on January 20, 2004 |
| 12 | North Face Black/Grey Jacket seized on January 20, 2004 |
| 13 | Prescription pill bottle for Eddy Lopez seized on January 20, 2004 |
| 14 | Packaging material seized on January 20, 2004 |
| 15 | Eddy Lopez documents (cell phone bill and letter) seized on January 20, 2004 |
| 16 | Eddy Lopez prescription bottle seized on January 20, 2004 |
| 17 | One live round SW 40 P.M.C. seized on January 20, 2004 |
| 18 | Electronic scale seized on January 20, 2004 |
| 19 | Cell phone seized on January 20, 2004 |
| 20 | Metal press seized on January 20, 2004 |
| 21 | Scraping of cocaine residue from metal press seized on January 20, 2004 |
| 22 | Heroin purchased on December 15, 2003 |
| 23 | Cocaine purchased on December 17, 2003 |
| 24 | Smith & Wesson, 9 mm caliber, semi-automatic pistol purchased on December 15, 2003 |
| 25 | Drug ledgers and Eddy Lopez court document seized on January 20, 2004 |
| 26 | Drug ledger seized on January 20, 2004 |
| 27 | Straight edge razor and knife seized on January 20, 2004 |
| 28 | Pager seized on January 20, 2004 |

| | |
|---|---|
| 29 | Pager, pictures, packaging material, and letters to Eddy Lopez seized on January 20, 2004 |
| 30 | Packaging material seized on January 20, 2004 |
| 31 | Packaging material and Neida Torres license seized on January 20, 2004 |
| 32 | Photograph of 594 Haverhill Street, Lawrence, MA |
| 33 | Photograph of 594 Haverhill Street, Lawrence, MA |
| 34 | Photograph of 30 May Street, Lawrence, MA |
| 35 | Diagram of 594 Haverhill Street, Lawrence, MA |
| 36 | Photograph of Eddy Lopez bedroom closet at 594 Haverhill Street, Lawrence, MA |
| 37 | Photograph of North Face jacket and HK 45 caliber automatic pistol seized on January 20, 2004 |
| 38 | Photograph of HK 45 caliber automatic pistol seized on January 20, 2004 |
| 39 | Photograph of package of Boric Acid in Eddy Lopez bedroom closet at 594 Haverhill Street, Lawrence, MA |
| 40 | Photograph of Eddy Lopez bedroom nightstand at 594 Haverhill Street, Lawrence, MA |
| 41 | Photograph of package of Benzocaine in Eddy Lopez bedroom nightstand at 594 Haverhill Street, Lawrence, MA |
| 42 | Photograph of fish tank in dining room at 594 Haverhill Street, Lawrence, MA |

| 43 | Original FBI Exhibit ID75--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/04/03 |
| 44 | FBI Exhibit ID75--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/04/03 |
| 45 | Transcript of FBI Exhibit ID75 |
| 46 | Original FBI Exhibit ID78--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 47 | FBI Exhibit ID78--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 48 | Transcript of FBI Exhibit ID78 |
| 49 | Original FBI Exhibit ID79--video recording of meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 50 | FBI Exhibit ID79--videotape of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 51 | Transcript of FBI Exhibit ID79 |
| 52 | Original FBI Exhibit ID81--compact disc of recorded telephone conversations between Eddy Lopez and George Diaz on 12/15/03 |
| 53 | FBI Exhibit ID81 (Call 15)--cassette tape of excerpted telephone conversation between Eddy Lopez and George Diaz on 12/15/03 |
| 54 | Transcript of FBI Exhibit ID81 |
| 55 | Original FBI Exhibit ID83--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |

| | |
|---|---|
| 56 | FBI Exhibit ID83--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/15/03 |
| 57 | Transcript of FBI Exhibit ID83 |
| 58 | Original FBI Exhibit ID84--compact disc of recorded meeting between Eddy Lopez and George Diaz on 12/17/03 |
| 59 | FBI Exhibit ID84--cassette tape of excerpted recorded meeting between Eddy Lopez and George Diaz on 12/17/03 |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:   /S/ PETER K. LEVITT
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      (617)748-3355

Date: September 24, 2004

## CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on Ray Gillespie, counsel for Eddy Lopez, by facsimile on September 24, 2004.


                                        /S/ PETER K. LEVITT
                                        Peter K. Levitt