UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )    Cr. No. 04-10033 PBS
            v.               )
                             )
EDDY LOPEZ,                  )
   Defendant                 )


GOVERNMENT'S SECOND SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION

     The United States of America submits the attached case --

United States v. Hadfield, 918 F.2d 987, 998 (1st Cir.1990) -- in

support of its argument that the Court should add to its

instruction on the § 924(c) charge (Instruction No. 22) the

following language:  "That need not have been its sole purpose,

however" (fifth paragraph after second line) and also that the

Court should add to the list of factors the words "drug

paraphernalia" (second page, in between "drugs" and "drug

profits".

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /S/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney

September 29, 2004

CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by hand on Ray Gillespie, counsel for the defendant, on September 29, 2004.


/S/ PETER K. LEVITT
PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY