# United States District Court

PAGE 1

DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
EDDY LOPEZ

**EXHIBIT** ~~~~~ **LIST**

CASE NUMBER: 04-CR-10033-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | PETER LEVITT | RAY GILLESPIE |
| TRIAL DATE(S) 9-27-04, 9-28, 9-29, 9-30 | COURT REPORTER MARIE CLOONAN | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 62 | | 9-27-04 | | ✓ | STIPULATION |
| 32 | | 9-27-04 | | ✓ | PHOTOGRAPH OF 594 HAVERHILL ST |
| 33 | | 9-27-04 | | ✓ | PHOTOGRAPH OF 594 HAVERHILL ST |
| 35 | | 9-27-04 | | ✓ | DIAGRAM OF FLOOR PLAN - 594 HAVERHILL ST |
| 2 | | 9-27-04 | | ✓ | FIREARM |
| 3 | | 9-27-04 | | ✓ | MAGAZINE W/ 8 ROUNDS |
| 12 | | 9-27-04 | | ✓ | JACKET FOUND IN CLOSET |
| 36 | | 9-27-04 | | ✓ | PHOTOGRAPH OF EDDY LOPEZ'S BEDROOM CLOSET |
| 37 | | 9-27-04 | | ✓ | PHOTOGRAPH OF JACKET IN CLOSET |
| 38 | | 9-27-04 | | ✓ | PHOTO OF JACKET & GUN IN CLOSET |
| 11 | | 9-27-04 | | ✓ | PACKAGING MATERIAL |
| 6 | | 9-27-04 | | ✓ | WHITE SUBSTANCE IN BAG |
| 25A | | 9-27-04 | | ✓ | PAPERWORK - DRUG LEDGER |
| 25B | | 9-27-04 | | ✓ | PAPERWORK - DRUG LEDGER |
| 25C | | 9-27-04 | | ✓ | PAPERWORK - DRUG LEDGER |
| 25D | | 9-28-04 | ✓ | ✓ | SUMMONS & COMPLAINT - EDDY LOPEZ |
| 26 | | 9-27-04 | | ✓ | PAPERWORK - DRUG LEDGER |
| 28 | | 9-27-04 | | ✓ | PAGER |
| 17 | | 9-27-04 | | ✓ | BULLET - 40 CALIBER |
| 15 | | 9-27-04 | | ✓ | CELLPHONE BILL - EDDY LOPEZ |
| 16 | | 9-27-04 | | ✓ | PRESCRIPTION BOTTLE - EDDY LOPEZ |
| 39 | | 9-27-04 | | | PLASTIC BAG - PHOTO - WHITE POWDER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

AO 187A (REV. 7/87) **EXHIBIT** ~~————~~ **LIST – CONTINUATION**  PAGE 2

UNITED STATES vs. EDDY LOPEZ   CASE NO. 04-RR-10033-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | 9/27/04 | | ✓ | BOTTLE OF INOSITOL |
| 27 | | 9/27/04 | | ✓ | KNIFE & RAZOR |
| 8 | | 9/27/04 | | ✓ | WHITE POWDER |
| 40 | | 9/27/04 | | ✓ | ~~RED~~ PHOTO OF NIGHT STAND |
| 41 | | 9/27/04 | | ✓ | PHOTO OF OPEN DRAWER |
| 39 | | 9/27/04 | | ✓ | Photo of boric Acid |
| 29 | | 9/27/04 | | ✓ | PAGER, ENVELOPES, PHOTOGRAPHS |
| 5 | | 9-27-04 | | ✓ | SCANNER |
| 19 | | 9/27/04 | | ✓ | CELLULAR TELEPHONE |
| 30 | | 9-27-04 | | ✓ | SMALL BAGGIES – FOUND IN BEDROOM C |
| 31 | | 9/27/04 | | | SMALL BAGGIES – LICENSE – ANITA TORREZ |
| 14 | | 9/28/04 | | ✓ | PACKAGING MATERIALS |
| 7 | | 9/28/04 | | ✓ | GRINDER |
| 20 | | 9/28/04 | | ✓ | METAL PRESS |
| 10 | | 9/28/04 | | ✓ | ENVELOPE ADDRESSED TO EDDY LOPEZ |
| 13 | | 9/28/04 | | ✓ | PRESCRIPTION BOTTLE – EDDY LOPEZ |
| 18 | | 9/28/04 | | ✓ | ELECTRONIC SCALE |
| 21 | | 9/28/04 | | ✓ | ENVELOPE WITH RESIDUE |
| 44 | | 9/28/04 | | ✓ | ~~TAPE~~ RECORDING OF MEETING |
| 50 | | 9/28/04 | | ✓ | ~~Recording~~ VIDEOTAPE OF MEETING – GUN PURCHASE |
| 56 | | 9/28/04 | | ✓ | AUDIO RECORDING OF FIREARM PURCHASE |
| 56A | | 9/28/04 | | ✓ | EXCERPT OF AUDIO RECORDING EX 56 |
| 53 | | 9/28/04 | | ✓ | AUDIO RECORDING OF TELEPHONE CALL |
| 47 | | 9/28/04 | | ✓ | EXCERPT OF MEETING |
| 59 | | 9/28/04 | | ✓ | EXCERPT OF MEETING |
| 24 | | 9/28/04 | | ✓ | 9 MM FIREARM |
| 22 | | 9/28/04 | | ✓ | ~~QUANTITY OF COCAINE~~ 14.6 grams of heroin |

Page ___ of ___ Pages

AO 187A (REV. 7/87)   **EXHIBIT** ~~░░░░░░░~~ **LIST – CONTINUATION**   PAGE 3

UNITED STATES vs. EDDY LOPEZ   CASE NO. 04-CR-10033-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 9/28/04 | | ✓ | 13.3 GRAMS OF ~~CRUMBLED~~ COCAINE |
| 45 | | 9/28/04 | | ✓ | TRANSCRIPT OF EX 44 |
| 51 | | 9/28/04 | | ✓ | TRANSCRIPT OF VIDEO EX 50 |
| 57 | | 9/28/04 | | ✓ | TRANSCRIPT OF EX 56A |
| 54 | | 9/28/04 | | ✓ | TRANSCRIPT OF EX 53 |
| 48 | | 9/28/04 | | ✓ | TRANSCRIPT OF EX #47 |
| 60 | | 9/28/04 | | ✓ | TRANSCRIPT OF EX 59 |
| 42 | | 9/27/04 | | ✓ | PHOTOGRAPH OF FISH TANK |
| 34 | | 9/27/04 | | ✓ | PHOTOGRAPH OF 30 MAY STREET |
| 100 | | 9/29/04 | ✓ | | NOTES OF RAYMOND GILLESPIE |

Page ___ of ___ Pages