# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
EDDY LOPEZ

**WITNESS LIST**

CASE NUMBER: 04-CR-10033-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | PETER LEVITT | RAY GILLESPIE |
| TRIAL DATE(S) 9-27-04, 9-28, 9-29, 9-30 | COURT REPORTER MARIE CLOONAN | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9-27-04 / 9-28-04 | | | JUSTIN BOWERS – SA-FBI |
| 2 | | 9-28-04 | | | MAUREEN CRAIG – CHEMIST – DEA |
| 3 | | 9-28-04 | | | JEFFREY WOOD JR. – SA-FBI |
| 4 | | 9-28-04 | | | GEORGE DIAZ |
| 5 | | 9-28-04 | | | MARK KARANGEKIS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages