UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America )
_____Plaintiff(s)_____)
                                  )
Vs.                               )
                                  )
Eddy Lopez                      , )
_____Defendant(s)_____ )
                                  )
                                  )

Civil No. _____

Criminal No. 04-10033 PBS

Received
10:50 AM
[initials]
9/30/04

1) We ask for you to again define "reasonably could have for seen." After listening to the tape, there is still confusion as to what the above phrase means.

2) We ask for a definition of the term conspiracy as it pertains to this case.

DATED at Boston on  9/30/04

TIME: 10:40 AM

_____
Signature of Foreperson