UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 9-28-04
By _____
Deputy Clerk

UNITED STATES OF AMERICA       )
                               )
                               )
V.                             )
                               )   CRIMINAL No. 04-10033-PBS
EDDY LOPEZ,                    )
                               )
        Defendant              )

### DEFENDANT'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL

The defendant hereby moves this Honorable Court order a judgment of acquittal on his behalf as to some much of Count One which charges more than 100 grams of heroin or more than 500 grams of cocaine and as to Count Five charging him with possession of a firearm on January 20, 2004 in furtherance of a drug trafficking crime, to wit: the conspiracy charged in Count One, in the above-captioned indictment.

As reason therefore, defendant states that there has been insufficient evidence introduced to sustain a conviction on the charges contained in the indictment as outlined above.

Respectfully submitted,
**EDDY LOPEZ**,
By his Attorney,

_____
Raymond E. Gillespie, Esq.
B.B.O. # 192300
875 Mass Ave Suite 32
Cambridge MA  02139
(617) 661-3222

rule29

[Handwritten margin note: 9/28/04 Denied with respect to the charges of 500 grams of cocaine and possession of a firearm in furtherance of drug trafficking. Allowed with respect to 100 grams of heroin.]