UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDDY LOPEZ, )<br>     Defendant. )<br>) | CRIMINAL ACTION NO. 04-10033-PBS |

**SPECIAL VERDICT FORM**

Saris, U.S.D.J.

<u>Count I - Conspiracy</u>

   Has the government proven beyond a reasonable doubt that Defendant reasonably could have foreseen that the conspiracy he joined involved at least 500 grams of cocaine?

        __X__ Yes        _____ No

<u>Count V - Possession of Firearm</u>

   Did the government prove beyond a reasonable doubt that Defendant possessed a firearm in furtherance of a drug trafficking crime on January 20, 2004?

        __X__ Yes        _____ No

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 9/30/04

[handwritten: Received 12:50 PM 9-30-04]