UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>) CRIMINAL No. 04-10033-PBS<br>EDDY LOPEZ, )<br>)<br>Defendant ) | |

## DEFENDANT'S ASSENTED-TO MOTION
## TO CONTINUE SENTENCING DATE

Now comes the defendant, Eddy Lopez, in the above-entitled action and hereby moves this Honorable Court to continue his sentencing from December 21, 2004 for approximately 30 days into late January, 2005 or some other date convenient for the Court and available to the parties.

As reason therefore, defendant's undersigned counsel states that, due to his other caseload and, in particular, two appellate briefs which he must prepare during the next week in the matters of United States v. Larry J. Coccia, No. 03-1674, United States Court of Appeals for the First Circuit, and Mystic Donuts, Inc. et al. v. Serpa Morrison, Appeals Court No. 2004-P-1542, he is unable to adequately represent the defendant at sentencing as now scheduled. In further support hereof, counsel states that he will be out of state from the Christmas holiday until the first week in January and that he already has ten (10) separate hearings scheduled in January, most of them during the first three weeks. Defendant further states that the government assents to the allowance of this motion.

Assented to:

_____
Peter K. Levitt, Esquire
Assistant U.S. Attorney

By his Attorney

_____
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

mtncont.sen

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 12/16/04

_____