UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )     Cr. No. 04-10033 PBS
        v.                   )
                             )
EDDY LOPEZ, A/K/A "SWIFT"    )
   Defendant.                )


           GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE
                   SENTENCING FOR THREE DAYS

   The United States of America hereby moves to continue the sentencing of this matter for three days -- from January 24, 2005 to January 27, 2005.  As grounds for this motion, the undersigned states that he is scheduled to be out of the office from January 19, 2005 through January 23, 2005.  The government anticipates that the defendant will file its sentencing memorandum in the week prior to the sentencing hearing.  Although the government has already filed a sentencing memorandum in this case, the government would not be able to respond in a timely fashion to issues raised in the defendant's sentencing memorandum if the sentencing took place on January 24, 2005.  The government requests the brief three day continuance to ensure that the Court has all information pertinent to the sentencing sufficiently in advance to enable the Court to make fully informed decision regarding the sentencing.  The defendant, through counsel, assents to the requested continuance.

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney


                            By:    /S/ PETER K. LEVITT
                                   PETER K. LEVITT
                                   Assistant U.S. Attorney
                                   One Courthouse Way
                                   Boston, MA 02210
                                   (617)748-3355

Date: January 4, 2005
```