UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10033 PBS |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| EDDY LOPEZ, A/K/A "SWIFT" ) | |
| Defendant. ) | |

### *EX PARTE* MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Peter K. Levitt, Assistant United States Attorney, hereby moves, *ex parte*, to continue by approximately 30 days the sentencing hearing scheduled for February 15, 2005 in the above matter. As grounds for this motion, the government states as follows.

Defendant Eddy Lopez is the subject of an ongoing homicide investigation. Evidence that has been adduced during the course of that investigation is germane to the sentencing in this case. The government is currently in the process of arranging for electronic surveillance of Lopez in connection with that investigation. The government had anticipated that the electronic surveillance portion of the investigation would be complete by this time. Because of an inmate transfer issue, however, the electronic surveillance has been delayed. The government anticipates that this portion of the investigation will be completed within 30 days. It would jeopardize the

2/14/05 The Sentencing is Rescheduled to March 30, 2005 at 3:00 pm

/s/ Patti B. Saris
Patti B. Saris J.

74

integrity of the electronic surveillance portion of the investigation, and potentially place cooperating inmates in danger, if the government disclosed in open court, at this time, information relative to the homicide investigation.

For the foregoing reasons, the government requests that the sentencing hearing be continued by 30 days.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney,

By: _____
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA 02210
     (617)748-3355

February 14, 2005