UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Cr. No. 04-10033 PBS |
| v. ) | |
| ) | |
| **EDDY LOPEZ, A/K/A "SWIFT"** ) | |
|   Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Peter K. Levitt, Assistant United States Attorney, hereby moves, to continue the sentencing hearing by approximately one week until the week of April 4, 2005 (the parties have conferred, and consulted with the Courtroom Clerk, and request that the Court schedule the sentencing hearing for 9 a.m. to 1 p.m. on Tuesday, April 5, 2005).  As grounds for this motion, the government states as follows.

The sentencing of this case is currently scheduled for March 30, 2005 at 3 p.m.  Earlier this week, the government notified defense counsel that the government intends to put on evidence that the defendant, Eddy Lopez, was one of two shooters in the murder of Jay Martinez, a rival gang member, in July 2003.  Mr. Martinez was shot 18 times while he sat in his car outside Brothers Pizzon Lawrence Street in Lawrence, MA, on July 7, 2003. Specifically, the government anticipates introducing testimony from approximately five witnesses -- including a state trooper

who will testify about the murder scene, and three cooperating defendants, one of whom was an eyewitness to the murder, and all three of whom it is anticipated will testify that Lopez confessed to them about his role in the murder.  The government also intends to introduce a tape recorded conversation between Eddy Lopez and one of the cooperating defendants in which Lopez discusses, in detail, his involvement in the murder of Jay Martinez.

The government does not believe this evidence can be presented in the time currently allotted for the sentencing (scheduled to begin at 3 p.m.).  In addition to the five witnesses, it is likely that several individuals from the Lawrence area will attend the sentencing hearing (e.g., the victim's family and the defendant's family).  Rather than starting late in the afternoon and requiring family members and witnesses to come back for a second day, the government requests that the case be scheduled for a morning session so that it can more likely be completed in one day.

Counsel for the defendant advises that he may be requesting an additional continuance early next after he meets with his client this weekend.

For the foregoing reasons, the government requests that the sentencing hearing be continued until April 5, 2005.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney,

                        By:  /S/ PETER K. LEVITT
                            PETER K. LEVITT
                            Assistant U.S. Attorney
                            One Courthouse Way
                            Boston, MA 02210
                            (617)748-3355

March 24, 2005