UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
V. )
) CRIMINAL No. 04-10033-PBS
EDDY LOPEZ, )
)
Defendant )

## DEFENDANT'S SECOND ASSENTED-TO MOTION
## TO CONTINUE SENTENCING DATE

Now comes the defendant, Eddy Lopez, in the above-entitled action and hereby moves this Honorable Court to continue his sentencing from April 5, 2005 until May 23, 2005.

As reason therefore, defendant's undersigned counsel states that this continuance is necessary due to the government's recent radical change of the position it intends to take at sentencing and the related voluminous discovery materials which have been delivered to defense counsel in the last few days. In particular, the government is now seeking a life sentence and has expanded its witness list and the subject matter of its intended evidence regarding sentencing to a very significant degree. In order to properly represent the defendant, undersigned counsel requires substantial additional time to review and analyze the new posture of this case. The defendant and the government both assent to this motion.

Assented to:

_____
Peter K. Levitt, Esquire
Assistant U.S. Attorney

By his Attorney

_____
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA   02139
(617)661-3222

mtncont2.sen

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 3/31/05

[Handwritten margin note: 3/31/05 Counsel shall come on April 5, 2005 for a status hearing. / Counsel shall come on April 5, 2005 - PBS Saris]