UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10033-PBS

UNITED STATES

v.

EDDY LOPEZ,

Defendant

DEFENDANT'S MOTION IN LIMINE RE: SENTENCING

The defendant hereby moves this Honorable Court *in limine* to prohibit the presentation by the government at sentencing herein of any evidence, information or material regarding his alleged involvement in a homicide in Lawrence in July, 2003.

As reason therefore, defendant states that he hereby waives and withdraws his previously filed motion for downward departure from the applicable guideline sentencing range herein.

Respectfully submitted,
By his attorney,


/S/ Raymond E. Gillespie

Raymond E. Gillespie
rgillespie1@prodigy.net
B.B.O. #192300
875 Massachusetts Ave
Suite 32
Cambridge   MA   02139
(617) 661-3222