UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>      v.                             )<br>)<br>**EDDY LOPEZ, A/K/A "SWIFT"**     )<br>  **Defendant.**                    ) | Cr. No. 04-10033 PBS |

**MOTION TO EXTEND DEADLINE TO FILE SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Peter K. Levitt, Assistant United States Attorney, hereby moves to extend by five days the deadline to file its sentencing memorandum in this matter. Sentencing is scheduled for May 23, 2005. The government's sentencing memorandum is due on Monday, April 18, 2005. The government hereby requests permission to file its sentencing memorandum on Friday, April 22, 2005. As grounds for this motion, the government states that the additional time is necessary to fully and comprehensively address the issues in this case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney,

                        By:   /S/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA 02210
                              (617)748-3355

April 18, 2005