UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10033-PBS

UNITED STATES

v.

EDDY LOPEZ,

Defendant

DEFENDANT'S MOTION FOR EXTENSION TO FILE HIS RESPONSE TO THE GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM

The defendant hereby moves this Honorable Court to extend the time within which he is to file a response to the government's Second Supplemental Sentencing Memorandum from May 5 to and including May 11.

As reason therefore, defendant states that he received the memorandum on April 25 and has not been able to finish preparing his response thereto due to the complexity and volume of discovery underlying the government's sentencing position herein, and the gravity of the issue to be decided, viz. the weight, if any, the government's proffer should be given at sentencing where it will ask for a life term for the defendant. Defendant further states in support hereof that he is still reviewing the possible need for an independent transcription/translation of the March 2, 2005 tape recording and that counsel has had insufficient time to devote to the response in the last ten days due to trial preparation in two other cases and two appellate briefs now due to be filed with the United States Court of Appeals for the First Circuit.

Respectfully submitted,
By his attorney,

/S/ Raymond E. Gillespie

Raymond E. Gillespie
rgillespie1@prodigy.net
B.B.O. #192300
875 Massachusetts Ave
Suite 32
Cambridge   MA   02139
(617) 661-3222