UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10033-PBS

UNITED STATES OF AMERICA

V.

EDDY LOPEZ,

Defendant

DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SECOND
SUPPLEMENTAL SENTENCING MEMORANDUM

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an extension of two days, until and including May 13, 2005, to file his Second Supplemental Sentencing Memorandum in the captioned action.

As reason therefore, counsel states that he has been ill for the last three days and as a result has not been able to devote the time necessary to finish the memorandum by May 11.

Respectfully submitted,

s/
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave    Suite 32
Cambridge MA  02139
(617)661-3222

mtns2ext