UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10033-PBS

UNITED STATES OF AMERICA

V.

EDDY LOPEZ,

Defendant

DEFENDANT'S NOTICE OF APPEAL

     The defendant, through his undersigned counsel, hereby claims a right of appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence entered herein on May 26, 2005 based on the sentence imposed on May 23, 2005, and the convictions entered after verdicts on September 29, 2004 and his change of plea prior thereto.

Respectfully submitted,

s/
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

nt.appeal