# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 05-2161

USDC Docket Number : 04-10033-PBS

United States of America

v.

Eddy Lopez

## CLERK'S SUPPLEMENTAL CERTIFICATE

     I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105  are original pleadings to be included with the record on appeal in the above entitled case.

     In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 05-2161

USDC Docket Number : 04-10033-PBS

United States of America

v.

Eddy Lopez

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105 are original pleadings to be included with the record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals


- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

### CLERK'S SUPPLEMENTAL CERTIFICATE

I,  Sarah A.  Thornton,  Clerk  of  the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered  101-105  are  original  pleadings  to  be  included  with  the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of  the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered 101-105  are  original  pleadings  to  be  included  with  the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105 are original pleadings to be included with the record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals


- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105 are original pleadings to be included with th record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

---

### <u>CLERK'S SUPPLEMENTAL CERTIFICATE</u>

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 101-105 are original pleadings to be included with record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I,  Sarah  A.  Thornton,  Clerk  of  the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered 101-105  are  original  pleadings  to  be  included  with record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, d

hereby certify that the annexed documents numbered 101-105 are original pleadings to be included w

record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals


- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez


### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of  Massachusetts, hereby certify that the annexed documents numbered 101-105 are original pleadings to be included record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals


- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, hereby certify that the annexed documents numbered 101-105 are original pleadings to be included record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of  Massachusetts hereby certify that the annexed documents  numbered 101-105 are  original pleadings  to  be  include record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I,  Sarah  A.  Thornton,  Clerk  of  the  United States District Court for the District of  Massachuset

hereby  certify  that  the  annexed  documents  numbered 101-105 are  original  pleadings  to  be  inclu

record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez


### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of    Massachuse

hereby certify that the annexed documents numbered 101-105 are original pleadings to be inc

record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals


- 3/05

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachu
hereby certify that the annexed documents numbered 101-105 are original pleadings to be i
record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massach hereby certify that the annexed documents numbered 101-105 are original pleadings to be record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massac hereby certify that the annexed documents numbered 101-105 are original pleadings to be record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS


United States of America


v.


Eddy Lopez

---

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of    Massa
hereby certify that the annexed documents numbered 101-105 are original pleadings to be
record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

### <u>CLERK'S SUPPLEMENTAL CERTIFICATE</u>

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Mass hereby certify that the annexed documents numbered 101-105 are original pleadings to record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

#### CLERK'S SUPPLEMENTAL CERTIFICATE

I,  Sarah  A.  Thornton,  Clerk  of  the  United States District Court for the District of  Ma hereby  certify  that  the  annexed  documents  numbered 101-105 are  original  pleadings  to record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

#### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the    United States District Court for the District of    M

hereby certify that the annexed documents numbered 101-105 are original pleadings to

record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2161

USDC Docket Number :  04-10033-PBS

United States of America

v.

Eddy Lopez

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of hereby certify that the annexed documents numbered 101-105 are original pleadings to record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05