UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 04-10033-PBS

UNITED STATES OF AMERICA

V.

EDDY LOPEZ,

Defendant

## DEFENDANT'S MOTION UNDER 28 U.S.C. SEC. 2255 TO SET ASIDE SENTENCE AND FOR RE-SENTENCING

Now comes the defendant, Eddy Lopez, in the above-entitled action, and, through his undersigned counsel, moves this Honorable Court, pursuant to 28 U.S.C. §2255, to vacate and set aside the sentence of 420 months entered against him on May 23, 2005.  Defendant further requests that he be re-sentenced as expeditiously as possible.

As reason therefore, defendant states that he was sentenced as a Career Offender pursuant to the United States Sentencing Guidelines based on two predicate convictions: one from 1996 in a New Hampshire state district court for consolidated offenses of possession with intent to sell a narcotic drug and resisting arrest (See Presentence Report, ¶ (84) and the other a 2001 Massachusetts conviction for resisting arrest out of the Lawrence District Court (PSR, ¶ (89) ).  The Lawrence District Court (Brennan, J.) entered an order vacating the resisting arrest conviction on March 27, 2006 based on a constitutionally invalid plea colloquy.

Once a predicate state conviction used for enhancement in a federal sentence is vacated, a defendant has a right to move for a new sentence in federal court.  United States v. Custis, 511 U.S. 485, 114 S.Ct. 1739  (1994); see also United States v. Pettiford, 101 F.3d 199, 202 (1ˢᵗ Cir. 1996).

WHEREFORE, the defendant respectfully requests the Court grant him a hearing and re-sentencing and such further relief as appropriate.

Respectfully submitted,
By his attorney,


s/Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

mtn2255