UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Cr. No. 04-10033 PBS |
| v. ) | |
| ) | |
| **EDDY LOPEZ, A/K/A "SWIFT"** ) | |
|   **Defendant.** ) | |

**MOTION OF THE UNITED STATES TO STAY
DEFENDANT'S MOTION, PURSUANT TO 28 U.S.C. § 2255,
PENDING RESOLUTION OF DEFENDANT'S DIRECT APPEAL**

    The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Peter K. Levitt, Assistant United States Attorney, hereby moves, to stay the defendant's motion, pursuant to 28 U.S.C. § 2255, to set aside sentence and for re-sentencing. The defendant's motion should be stayed pending resolution of his direct appeal, which has been pending before the United States Court of Appeals for the First Circuit since August 2005.[1]  See United States v. Gordon, 634 F.2d 638, 638 (1st Cir.1980) (holding that "the orderly administration of criminal justice precludes a district court from considering a § 2255 motion while review of the direct appeal is still pending") (citations and internal quotation marks omitted).  See also Phillips v. People

---

[1] See United States v. Eddy Lopez, No. 05-2161.  The defendant's appellate brief was due on July 31, 2006.  On August 5, 2006, defendant filed his Fourth Motion to Extend Time to File Brief requesting that the First Circuit extend the time to file the defendant's brief to September 6, 2006, which motion was granted.  Id.

of U.S., 1993 WL 147454, *1 (N.D.N.Y.1993) (collecting cases).

    For the foregoing reasons, the government requests that the defendant's motion be stayed pending resolution of his direct appeal.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney,

                            By:  /s PETER K. LEVITT
                                    PETER K. LEVITT
                                    Assistant U.S. Attorney
                                    One Courthouse Way
                                    Boston, MA 02210
                                    (617)748-3355

August 10, 2006