04-10033
PBS DCMA
SCVIS

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-2161

UNITED STATES,

Appellee,

v.

EDDY LOPEZ, a/k/a Swift,

Defendant, Appellant.

### JUDGMENT

Entered: November 24, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 11/24/06

By the Court:
Richard Cushing Donovan, Clerk

By: _____

Chief Deputy Clerk

[cc: Eddy Lopez, Raymond E. Gillespie, Esq., Peter K. Levitt, AUSA, Dina M. Chaitowitz, AUSA, Jennifer H. Zacks, AUSA]