UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 04-10033-PBS

UNITED STATES OF AMERICA

V.

EDDY LOPEZ,

Defendant

## DEFENDANT'S MOTION TO REACTIVATE HIS MOTION UNDER 28 U.S.C. SEC. 2255 TO SET ASIDE SENTENCE AND FOR RE-SENTENCING

Now comes the defendant, Eddy Lopez, in the above-entitled action, and, through his undersigned counsel, moves this Honorable Court to re-activate his previously filed motion, pursuant to 28 U.S.C. §2255, to vacate and set aside the sentence of 420 months entered against him on May 23, 2005 and for re-sentencing.

As reason therefore, defendant states the motion was originally filed on August 5, 2006 (Docket #109) and that the government then moved (Docket #110) to suspend any further proceedings on it until a resolution of defendant's direct appeal of his conviction and sentence then pending in the United States Court of Appeals for the First Circuit (No. 05-2161). Although, the undersigned believes that motion was allowed, a recent check of the docket herein does not disclose any order other than that of August 15 requiring a responsive pleading from the government within 20 days.

Defendant further states that he has voluntarily dismissed his direct appeal and that the final judgment and mandate were issued by the Court of Appeals and have been filed in the district court as of November 28, 2006. (Docket #s 111 and 112).

WHEREFORE, the defendant respectfully requests the Court to reactivate his motion under 28 U.S.C. §2255 and grant him a hearing and re-sentencing as soon as possible and for such further relief as it may deem appropriate.

Respectfully submitted,
By his attorney,

s/Raymond E. Gillespie
Raymond E. Gillespie, Esquire
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

<u>Certificate of Service</u>

    I, Raymond E. Gillespie, hereby certify that a copy of this document has been served electronically on all those listed in this case to receive such notice on December 7, 2006:

s/Raymond E. Gillespie
Raymond E. Gillespie

mtn_react_2255