```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA   )
                           )
V.                         )    Crim. No. 04-10033-PBS
                           )
EDDY LOPEZ,                )
                           )
       Defendant           )
```

**DEFENDANT'S MOTION TO STRIKE
GOVERNMENT'S MEMORANDUM ON RE-SENTENCING**

    The defendant moves this Court to strike the government's Re-Sentencing Memorandum and not take it into consideration at the resentencing hearing scheduled for May 17, 2007.

    As reason therefore, defendant states that the same was filed as a sealed document at 1:37 P.M. on May 16, 2007 according to the time stamp in the ECF notice which was only received in undersigned counsel's email account sometime between 5:00 and 6:00 P.M.  Counsel will have no chance to review the memo much less respond to it until the sentencing tomorrow.

By his attorney,

S/Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222

**CERTIFICATE OF SERVICE**

I, Raymond E. Gillespie, hereby certify that on May 16, 2007 I served the foregoing by electronically mailing copies thereof to all counsel listed to receive electronic notice of filing in the ECM system for this case:

S/Raymond E. Gillespie
Raymond E. Gillespie

mtn_strike