UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, Essex County Correctional Facility, 20 Manning Ave. P.O. Box 807, Middleton, MA 01949.

**YOU ARE COMMANDED** to have the body of Eddy Lopez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>June 8, 2007</u>, at <u>9:00 a.m.</u> for the purpose of an Evidentiary Hearing in the case of United States of America V. Eddy Lopez, CR Number 04-10033-PBS. And you are to retain the body of said Eddy Lopez while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Eddy Lopez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 23d day of May, 2007.

* Fed. # 25066-038
  Essex County # 0044290


**PATTI B. SARIS**
**United States District Judge**

                                    Sarah Thornton, Clerk


                                    By: /s/ Robert C. Alba
                SEAL                     Deputy Clerk