AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts   PAGE 1

United States
V.
Eddy Lopez

EXHIBIT ~~[redacted]~~ LIST

Case Number: 04-CR-10033-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Peter Levitt | Raymond Gillespie |
| TRIAL DATE(S) 6/8/07, 6/19/07 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8 | | 6/8/07 | | ✓ | VIDEO TAPE OF GUN SALE |
| 8A | | 6/8/07 | | ✓ | TRANSCRIPT OF EXHIBIT 8 |
| 9 | | 6/8/07 | | ✓ | CD OF CONTROLLED PURCHASE OF FIREARM |
| 9A | | 6/8/07 | | ✓ | TRANSCRIPT OF EXHIBIT 9 |
| | 1 | 6/8/07 | | ✓ | MOTION TO VACATE GUILTY PLEA |
| | 2 | 6/8/07 | | ✓ | NOVAK INDICTMENT |
| | 3 | 6/8/07 | | ✓ | PSR - LOPEZ |
| | 5 | 6/8/07 | | ✓ | AFFIDAVIT OF NH DON LENNON |
| | 4 | 6/8/07 | | ✓ | PSR - EDDY MIGUEL TORRES |
| | 4A | 6/8/07 | | ✓ | POLICE REPORT |
| | 6 | 6/8/07 | | ✓ | POLICE REPORT 3-20-02 |
| | 1 | 6/8/07 | | ✓ | LAWRENCE HIGH SCHOOL TRANSCRIPT |
| | 7 | 6/8/07 | ✓ | ✓ | RULE 11 PLEA HEARING TRANSCRIPT - EDDY LOPEZ |
| | 4A | 6/19/07 | | ✓ | PHOTO - LOPEZ W/ BOOKCASE |
| | 4B | 6/19/07 | | ✓ | PHOTO - LOPEZ W/ BOOKCASE |
| | 4C | 6/19/07 | | ✓ | PHOTO - LOPEZ W/ BOOKCASE |
| | 5 | 6/19/07 | | ✓ | PHOTO - LOPEZ W/ CHAIR |
| | 5A | 6/19/07 | | ✓ | PHOTO - LOPEZ W/ CHAIR |
| | 6 | 6/19/07 | | ✓ | PHOTO - INJURED OFFICER |
| | 7 | 6/19/07 | | ✓ | PHOTO - INJURED OFFICER |
| | 8A | 6/19/07 | | ✓ | PHOTO - INJURED OFFICER |
| | 8B | 6/19/07 | | ✓ | PHOTO - INJURED OFFICER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    EXHIBIT ~~~~~~~ LIST – CONTINUATION    PAGE 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | 6/19/07 | | ✓ | REPORT – INV. ROWE |
| 10 | | 6/19/07 | | ✓ | REPORT – OFF. CONNOLLY |
| 11 | | 6/19/07 | | ✓ | REPORTS |
| 11A | | 6/19/07 | | ✓ | REPORT – ATTACK ON SGT. LANE |
| 12 | | 6/19/07 | | ✓ | REPORT – J. CAMPBELL |
| 1 | | 6/19/07 | | ✓ | DVD |
| 2 | | 6/19/07 | | ✓ | DVD |
| 3 | | 6/19/07 | | ✓ | DVD |
| 13A | | 6/19/07 | | ✓ | REPORT – J. CAMPBELL |
| 13B | | 6/19/07 | | ✓ | REPORT – ROACHE ET AL |
| 16 | | 6/19/07 | | ✓ | DVD |
| 14 | | 6/19/07 | | ✓ | REPORT – OFF. CONNOLLY |
| 15 | | 6/19/07 | | ✓ | REPORT – SGT. MANSER |
| | 2 | 6/19/07 | | ✓ | TRANSCRIPT OF MOTION TO VACATE HRG 3/27/06 |

United States vs. Eddie Lopez    CASE NO. 04-CR-10033-PBS

Page _____ of _____ Pages