AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____Massachusetts_____

United States
V.
Eddy Lopez

████████ WITNESS LIST

Case Number: 04-CR-10033-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Peter Levitt | DEFENDANT'S ATTORNEY<br>Raymond Gillespie |
|---|---|---|
| TRIAL DATE (S) 6/8/07, 6/19/07 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/8/07 | | | JEFFREY WOOD |
| 2 | | 6/8/07 | | | RICHARD ALLEN |
| 3 | | 6/8/07 | | | TIMOTHY YERIAN |
| 4 | | 6/8/07 | | | TRICIA MARCY |
| | 1 | 6/8/07 | | | NEIDA LOPEZ |
| 5 | | 6/19/07 | | | JONATHAN CAMPBELL |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages