UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>V.  )<br>  )<br>EDDY LOPEZ,  )<br>  )<br>    Defendant  )<br>  ) | Crim. No. 04-10033-PBS |

DEFENDANT'S MOTION FOR
ALLOWANCE OF FUNDS FOR RE-SENTENCING TRANSCRIPTS

    Now comes the defendant, Eddy Lopez, in the above-captioned action and hereby moves this Honorable Court for an order allowing him funds under the Criminal Justice Act to obtain copies of the transcripts from his re-sentencing hearings which were held on May 17, 23 and June 8, and 19, 2007.

    As reason therefore, the defendant states that the transcripts are relevant to his pending criminal case in Essex Superior Court, Commonwealth of Massachusetts, that he has previously been found indigent in the instant case and remains indigent at this time and that it is in the interests of justice that this motion be allowed.

Respectfully submitted,
By his attorney,


s/Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139
(617) 661-3222


Certificate of Service

    I, Raymond E. Gillespie, attorney for Eddy Lopez, hereby certify that a copy of this motion will be served electronically through the electronic case filing system on all parties listed to receive notice in this case on July 12, 2007:

s/Raymond E. Gillespie