UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Cr. No. 04-10033 PBS |
| v. ) | |
| ) | |
| **EDDY LOPEZ** ) | |

### MOTION TO UNSEAL CERTAIN DOCUMENTS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Peter K. Levitt, Assistant United States Attorney, hereby moves to unseal the Government's *Ex Parte* Motion to Continue Sentencing Hearing, filed on February 14, 2005 (Dkt. #74), as well as the Court's Electronic Order, dated February 14, 2005, Granting *Ex Parte* Motion as to Eddy Lopez (Dkt. #74). As grounds for this motion, the government states that the reason for sealing the matter (having to do with the Jay Martinez homicide) is now a matter of public record and, further, that the motion is pertinent to ongoing litigation in the state homicide case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

/s PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3355

July 16, 2007